UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

IN RE YASMIN AND YAZ (DROSPIRENONE)  3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION        MDL No. 2100
_____

This Document Relates to:                ORDER
_____

Sowinski v. Bayer Corporation et al.   No. 3:10-cv-20387-DRH-PMF

Feeney v. Bayer Corporation et al.     No. 3:10-cv-20442-DRH-PMF

# ORDER

**HERNDON, Chief Judge:**

It is hereby ordered that pursuant to the stipulation of dismissal filed by the parties in the above captioned cases, Defendant, Walgreen Co., is hereby dismissed without prejudice. This Order will not effect any other pending claim of the Plaintiffs against other Defendants.

**SO ORDERED:**

David R. Herndon
2010.11.18 15:49:00
-06'00'

**Chief Judge**
**United States District Court**              DATE:  November 18, 2010